# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

JASON LEOPOLD, *et al.*,

    Plaintiff,

v.

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,

    Defendant.

Case No.: 1:21-cv-2874 (JEB)

## **JOINT STATUS REPORT**

Pursuant to the Court's July 22, 2024 Minute Order, the parties provide the following Joint Status Report for the Court's consideration.

1. The parties met and conferred on October 25, 2024.

2. Pursuant to the Court's July 29, 2022 minute order, and in keeping with the representations made in the parties' previous Joint Status Report, ECF No. 18, ODNI has processed 300 or more pages each month and has provided twenty-three interim responses to Plaintiffs.

3. ODNI will continue to endeavor to process more than 300 pages of potentially responsive documents each month and to provide monthly interim responses to Plaintiffs.

The parties propose to submit a further joint status report on January 28, 2025, to further apprise the Court of the progress of the Defendant's processing of records.

1

Dated: October 28, 2024                                Respectfully submitted,

                                                       BRIAN M. BOYNTON
                                                       Deputy Assistant Attorney General

                                                       ELIZABETH J. SHAPIRO
                                                       Deputy Branch Director
                                                       Federal Programs Branch

                                                       */s/ Keri L. Berman*
                                                       KERI L. BERMAN
                                                       Trial Attorney
                                                       United States Department of Justice
                                                       Civil Division
                                                       Federal Programs Branch
                                                       1100 L Street, N.W.
                                                       Washington, D.C. 20005
                                                       Telephone: (202) 353-4537
                                                       Facsimile: (202) 616-8470
                                                       Email: keri.l.berman@usdoj.gov

                                                       *Attorneys for Defendant*


                                                       */s/ Merrick Wayne*
                                                       Matthew Topic, D.C. Bar No. IL0037
                                                       Merrick Wayne, D.C. Bar No. IL0058
                                                       Stephen Stich Match, D.C. Bar No. MA0044
                                                       LOEVY & LOEVY
                                                       311 N. Aberdeen, Third Floor
                                                       Chicago, IL 60607
                                                       (312) 243-5900
                                                       foia@loevy.com

                                                       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record by operation of the court's electronic filing system and can be accessed through that system.

DATED:  October 28, 2024

                                          */s/ Keri L. Berman*
                                          KERI L. BERMAN
                                          Trial Attorney
                                          United States Department of Justice
                                          Civil Division
                                          Federal Programs Branch
                                          1100 L Street, N.W.
                                          Washington, D.C. 20005
                                          Telephone: (202) 353-4537
                                          Facsimile: (202) 616-8470
                                          Email: keri.l.berman@usdoj.gov